PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Roy Depack                                            Cr.: 04-00599-002
                                                                        PACTS #: 36816

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, United States District Judge

Date of Original Sentence: 02/07/06

Original Offense: 2 counts of Bank Fraud, Making Counterfeit Obligations and Securities of the United States, and Attempt to Sell Counterfeit Obligations and Securities of the United States.

Original Sentence: 70 months incarceration followed by 5 years supervised release. $400 special assessment and $17,856.48 in restitution imposed. Special conditions: 1) full financial disclosure; 2) refrain from gambling and register on the self-exclusion list; 3) no new debt; and, 4) DNA collection.

| Type of Supervision: Supervised Release | Date Supervision Commenced: 09/13/11 |
|---|---|

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | In March 2012, an indictment was filed in New Jersey Superior Court (Hudson County) charging Depack with three counts of Issuing Bad Checks and three counts of Forgery. A warrant was subsequently issued on the indictment on April 10, 2012. On June 26, 2012, a traffic stop was conducted by members of the Clark Police Department and Depack was charged with Hindering. He was subsequently turned over to the Hudson County Sheriff's Office on the outstanding warrant. Both matters remain outstanding with scheduled proceedings. |

U.S. Probation Officer Action:

We respectfully recommend withholding Court action until the pending charges are adjudicated or until such time as circumstances warrant immediate action.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 07/18/12

Maureen Kelly *(Digitally signed by Maureen Kelly)*

*The Court orders the following:*

[✓] Withholding Court action, as requested by the probation office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/19/2012
Date